# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Ausben. L. Logan,
[You are the PLAINTIFF, print your full name on this line.]

v.

ALLEN COUNTY JAIL KITCHEN STAFF,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

-FILED-
OCT 21 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Case Number  1:22CV374
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] ALLEN COUNTY JAIL KITCHEN STAFF | 417 S. CALHOUN STREET FT. WAYNE IN 46802 |
| 2 | [Put the names of any other defendants in these boxes.] DAVID GLADIEUX ALLEN COUNTY JAIL SHERIFF | 417 S CALHOUN STREET FT. WAYNE IN 46802 |
| 3 |  |  |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 2

2. What is the name and address of your prison or jail? ALLEN COUNTY JAIL 417 S. CALHOUN STREET, FT. WAYNE IN 46802

3. Did the event you are suing about happen there? ● Yes.  ○ No, it happened at: _____

4. On what date did this event occur? JUNE 25TH, 2022

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
  **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
  **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. I TOLD NURSING JUNE 28TH UPON ARRIVAL TO THE ALLEN COUNTY JAIL I AM ALLERGIC TO EGGS. THERE HAVE BEEN MULTIPLE TIMES WHERE OFFICERS HAVE TRYED TO GIVE ME EGGS. ON ONE OCCASION OFFICER THWBE CAN BE SHOWEN GIVEN ME EGGS AND I GAVE THE EGGS TO ANOTHER OFFENDER, OFFENDER RYAN GOODMAN ON SEPT 28TH TIME STAMPED FROM M-BLOCK DAYROOM CAMERA IS FROM 6:50 P.M. – 7:30 P.M THAT WILL SHOW THAT MYSELF GIVING THE EGGS AWAY AND OFFICER THWBE GIVING ME A CAKE TO REPLACE MY EGGS. NOT Procedure.

2. I UNDERSTAND THIS IS JAIL BUT I WOULD LIKE TO BE TREATED WITH ADEQUATE AND FAIR TREATMENT WHEN IT COMES MOSTLY TO MY FOOD I HAVE TO EAT IN HERE. AND WHEN THEY GIVE ME EGGS ON MY TRAY THEY ARE ALL MIX WITHIN MY OTHER FOODS. THIS IS CONTAMINATED MY FOOD WHEN MY EGGS. EGGS CAUSE ME TO HAVE MY THROAT TO FLARE UP, SWELLING OF MY THROAT, AND MY THROAT BECOME SOAR. I AM A HUMAN

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Claims and Facts (continued)

AND WANT TO BE TREATED FAIR. I FEEL THIS IS A VIOLATION OF MY CIVIL WRITES. The eggs have caused me to have to eat or starve to 11am because im terrified of the sympotms it causes they have no consideration for my health My rights have been violated.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   - ○ Before I was confined.
   - ● While I was confined awaiting trial.
   - ○ After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

   #15609932, #203452152, #207518862

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I'M SEEKING $20,000 - $40,000

[*Initial Each Statement*]

A.L  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
A.L  I will keep a copy of this complaint for my records.
A.L  I will promptly notify the court of any change of address.
A.L  I WILL NOT send more than one copy of any filing to the court.
A.L  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
A.L  I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on ____/____/20____ at _____ am/pm.
[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

_Ausleen Logan_ _____   _____
Signature                                                              Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]