AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

AUSBEN L LOGAN

    Plaintiff

       v.

                                                            Civil Action No. 1:22-cv-374

KITCHEN STAFF, *Allen County Jail*

DAVID GLADIEUX, *Allen County Jail Sheriff*

    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED WITHOUT PREJUDICE.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge Holly A Brady.

DATE:   12/12/2022                                         GARY T. BELL, CLERK OF COURT

                                                                        by      s/N. Corle
                                                                        *Signature of Clerk or Deputy Clerk*